**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| v. | § | **CAUSE NO. 1:20-CA-105-SS** |
| | § | [1:99-CR-274(1)-SS] |
| **GARY PAUL KARR** | § | |

## GOVERNMENT'S MOTION FOR CONTINUANCE

The United States of America requests a continuance of 30 days to file its response to the defendant's motion to vacate, set-aside, or correct his judgment and sentence pursuant to 28 U.S.C. § 2255. Counsel for Karr filed his memorandum in support of the motion to vacate on April 7, 2020. The government requests additional time to gather material necessary to answer the motion from Karr and comply fully with the Court's Order for a response. Because of the age of the case, no personnel in the U.S. Attorney's office who worked on the prosecution are still with the office. Additionally, gathering the necessary documents to review and answer the motion has been more difficult because of the coronavirus and the remote working status implemented to stop the spread of Covid-19. The issues in the motion have and will require a thorough examination of the trial and sentencing documents in order to properly respond to the motion. Therefore, the government requests a continuance of 30 days to file its response.

Respectfully submitted,
JOHN F. BASH,
UNITED STATES ATTORNEY,

*/s Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed using the ECF system on May 4, 2020.

*s/ Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney